UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

JAMES LIDESTRI,                                             25 Civ. 1166 (JHR)

                Plaintiff,                          **PLAINTIFF'S**
-v.-                                                        **DECLARATION**

AUDREY BURNS,

                Defendant.
-----------------------------------------------------------x

James Lidestri hereby declares under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am the Plaintiff in this matter. I am represented by Peter E. Brill, Esq.

2. This declaration is respectfully submitted in response to the Court's Order to Show Cause of February 21, 2025.

3. I am a citizen of the United States and live in Dutchess County, New York.

4. I have lived in my current residence in Dutchess County since September 2024. It is my primary residence, and I consider it my domicile. I am currently registered to vote at that address. Prior to that, I lived at a different home in Dutchess County for 24 years. It was my primary residence, and I was registered to vote at that address as well.

5. I have known the Defendant, Audrey Burns, since 2013. To the best of my knowledge, she is a citizen of the United States and, when I met her, was a citizen of the State of Oklahoma. After that, she moved to Florida for a time. Upon information and belief, based upon conversations with my attorney and research, including her Facebook profile, she is now a citizen of Oklahoma again.

Dated: February 27, 2025

                                                                                        _/s/ James M. Lidestri_
                                                                                        James Lidestri