


**Wendy Woodard Nitzel**
I am so sorry this happened in your life. This should of never happened and don't ever think this was your fault in anyways. You are loved by us. Your church family. And Jesus will never stop living you.This will help you and older woman. God has speci... See more

4d   Like   Reply

Comment as Peter E. Brill

**Audrey Burns**
December 14, 2024 at 5:04 PM ·

I'm not the same person I was a month ago.  I'm not the same person I was a year ago.  We are forever evolving. 🙏 forever is a long time. I am blessed ❤️



16   1 comment

Like   Comment   Share

**Connie Hale Smith**
Sending hugs!! Do proud of you.

3w   Like   Reply

Comment as Peter E. Brill

**Audrey Burns** updated their cover photo.
November 15, 2024 ·

