

Date Issued: March 10, 2025
Letter ID: L0210523032
VIN: *JS900498

MVD

### Vehicle Information

| | |
|---|---|
| VIN | 5TDDZRFH0JS900498 |
| Date First Sold | 8/28/2018 |
| Year | 2018 |
| Make | TOYT |
| Model | HIGHLANDER |
| Color | Gray |
| Body Style | UT |
| Use Type | Automobile |
| Odometer | 148485 |
| Odometer Code | ACTUAL |
| Plate | QKX387 |
| Decal | T0000012465 |
| Reg Expiration | 4/28/2025 |

### Owner Information

Owner Name
AUDREY BURNS

Owner Address
709 S SILVER LEAF DR
MOORE OK 73160-7242

# DOCUMENT COVER SHEET

VIN: 5TDDZRFH0JS900498

TITLE:

DLN: L1955353496

DECAL: T0000012465

TAG: QKX387





AGENT: M1434

DATE: 10-Mar-2025 09:30

REPORTING PERIOD: 15-Mar-2025

AUDREY BURNS

709 S SILVER LEAF DR
MOORE OK 73160-7242

Document Source

**Supporting Documents**