UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>     Plaintiff,<br><br>  -against-<br><br>AUDREY BURNS,<br><br>     Defendant. | Case No.: 25-cv-1166 |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for the defendant AUDREY BURNS in the above-referenced action, and requests that copies of all notices and papers filed in connection with the action be sent to the address stated below.

Dated: New York, New York
   March 28, 2025

               VERIDIAN LEGAL P.C.

               By: */s/ Daniel S. Szalkiewicz*
               Daniel S. Szalkiewicz, Esq.
               Veridian Legal P.C.
               *Attorneys for Defendant Audrey Burns*
               23 West 73rd Street, Suite 102
               New York, NY 10023
               Tel: (212) 706-1007
               Fax: (646) 849-0033
               daniel@veridianlegal.com