UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES LIDESTRI,

                Plaintiff,

    -against-

AUDREY BURNS,

                Defendant.

Case No.: 25-cv-1166

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Daniel S. Szalkiewicz dated April 28, 2025, and the exhibits annexed thereto, defendant Audrey Burns ("Defendant" or "Audrey"), by her undersigned attorneys, will move this Court at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 443, New York, New York, before the Honorable Jennifer H. Rearden, United States District Judge, for an order pursuant to Fed. R. Civ. P. 12(b)(2) and (6), dismissing the First Amended Complaint (D.E. 10) filed by plaintiff James Lidestri ("Lidestri" or "Plaintiff") in its entirety or, in the alternative, in part as to certain causes of action with prejudice; and further relief the Court may deem just and proper.

Dated: New York, New York
          April 28, 2025

                              Respectfully Submitted,

                              By:   */s/ Daniel S. Szalkiewicz*
                              Daniel S. Szalkiewicz, Esq.
                              Cali P. Madia, Esq.
                              Veridian Legal P.C.
                              *Attorneys for Defendant Audrey Burns*
                              23 West 73rd Street, Suite 102
                              New York, NY 10023
                              Tel: (212) 706-1007
                              Fax: (646) 849-0033
                              daniel@veridianlegal.com