UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>      Plaintiff,<br><br> -against-<br><br>AUDREY BURNS,<br><br>      Defendant. | Case No.: 25-cv-1166 |

   DANIEL S. SZALKIEWICZ declares as follows:

   1.  I am a partner at the law firm of Veridian Legal P.C., attorneys for defendant AUDREY BURNS ("Defendant") in the above-captioned action. I submit this declaration in support of Defendant's motion to dismiss.

   2.  Attached hereto as Exhibit 1 is a true and accurate copy of the New York Times Article entitled "She Was a Child Instagram Influencer. Her Fans Were Grown Men" and reproduced from the url: https://www.nytimes.com/2024/11/10/us/child-influencer.html.

   3.  Attached hereto as Exhibit 2 is a true and accurate copy of the New York Times Article entitled "The Men Who Use Instagram to Groom Child Influencers" and reproduced from the url: https://www.nytimes.com/2024/12/30/us/child-influencers-photographers-abuse.html.

   4.  Attached hereto as Exhibit 3 is a true and accurate copy of a press release dated February 4, 2025.

   5.  Annexed hereto as Exhibit 4 is a true and accurate copy of a press release dated January 27, 2025.

   6.  The annexed memorandum of law complies with the word-count limitations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
April 28, 2025

                                                   */s/Daniel Szalkiewicz, Esq.*
                                                   Daniel S. Szalkiewicz