UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>AUDREY BURNS,<br><br>                              Defendant. | 25 Civ. 1166 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Plaintiff commenced this action on February 10, 2025. *See* ECF No. 1. With leave of Court, *see* ECF No. 9, Plaintiff filed an amended complaint on March 25, 2025, *see* ECF No 10. On April 28, 2025, Defendant moved to dismiss the amended complaint. *See* ECF No. 15. On May 19, 2025, Plaintiff filed a second amended complaint. *See* ECF No. 17. Accordingly, Defendant's motion to dismiss the amended complaint, ECF No. 15, is hereby DENIED as moot.

      The Clerk of Court is directed to terminate ECF No. 15.

      SO ORDERED.

Dated: May 20, 2025
       New York, New York

                                                          JENNIFER H. REARDEN
                                                          United States District Judge