UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JAMES LIDESTRI,

                         Plaintiff,

      -against-

AUDREY BURNS,

                        Defendant.
-------------------------------------------------------------------------X

Case No. 25-cv-1166

**STIPULATION EXTENDING TIME**

     **IT IS HEREBY** stipulated and agreed by and between the attorneys for the respective parties herein, that the time for the Plaintiff **JAMES LIDESTRI** to answer or otherwise respond to the Motion to Dismiss the amended complaint returnable on June 23, 2025, is hereby extended to **July 14, 2025**. It is further agreed that the deadline for Defendant to file a reply to any opposition filed by Defendant Burns shall be extended to **July 21, 2025**.

Dated: Hempstead, New York
          June 16, 2025

_____
PETER E. BRILL, ESQ.
**BRILL LEGAL GROUP, P.C.**
*Attorneys for Plaintiff – James Lidestri*
64 Hilton Avenue
Hempstead, New York 11550
Tel: (516) 206-2002
Fax: (516) 486-8995

_____
DANIEL SZALKIEWICZ, ESQ.
VERIDIAN LEGAL P.C.
*Attorneys for Defendant – Audrey Burns*
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007