**BRILL LEGAL GROUP, P.C.**

Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

June 26, 2025

Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Lidestri v. Burns*
      25-cv-1166 (JHR)
      **Request for extension to oppose motion to dismiss**

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: June 27, 2025

Dear Judge Rearden:

I represent the Plaintiff in the above-referenced action. On June 9, 2025, Defendant filed a Motion to Dismiss the Second Amended Complaint. (ECF # 19). I began a trial the following week in Queens County that ended two days ago.

On the same date that I began my trial, on June 16, my assistant and Plaintiff's counsel agreed to extend our time to answer the motion, as per the attached stipulation. Unfortunately, I only realized today that neither the stipulation nor a letter motion requesting the extension was filed with the Court while I was on trial. I regret the oversight.

As per the attached stipulation, Plaintiff respectfully requests an extension of the briefing schedule which would change the dates as follows:

**July 14, 2025:**    Plaintiff will serve and file his opposition.
**July 21, 2025:**    Defendant's will serve and file her reply.

Thank you for your consideration of this application.

Respectfully submitted,

Peter E. Brill

176 Lexington Avenue
Suite O
New York, NY 10016

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788