UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

JAMES LIDESTRI,   25 Civ. 1166 (JHR)

                Plaintiff,   **ATTORNEY'S**
-v.-   **AFFIRMATION**

AUDREY BURNS,

                Defendant.
---------------------------------------------------------x

      PETER E. BRILL, ESQ., an attorney duly admitted to practice before this Court, affirms the following under penalty of perjury:

      1.      I am a member of the law firm BRILL LEGAL GROUP, P.C., the attorneys for Plaintiff, James Lidestri, and as such, am fully familiar with the facts and circumstances as set forth herein.

      2.      I submit this Affirmation, accompanying Memorandum of Law, and Declaration of the Plaintiff in opposition to Defendant's Motion to Dismiss of June 9, 2025.

      3.      The accompanying Memorandum of Law complies with the Court's word-count limitations.

Dated: July 14, 2025
      New York, New York

                                                    **BRILL LEGAL GROUP, P.C.**
                                                    *Attorneys for Plaintiff*

                                                    By: _____
                                                   Peter E. Brill
                                                   176 Lexington Avenue
                                                   Suite O
                                                   New York, NY 10016
                                                   (212) 233-4141