UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>      Plaintiff,<br><br>  -against-<br><br>AUDREY BURNS,<br><br>      Defendant. | Case No.: 25-cv-1166 |

DANIEL S. SZALKIEWICZ declares as follows:

1. I am a partner at the law firm of Veridian Legal P.C., attorneys for defendant AUDREY BURNS ("Defendant") in the above-captioned action. I submit this Reply Memorandum in further support of Defendant's Motion to Dismiss.

2. The annexed Memorandum of Law complies with the word-count limitations.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: New York, New York
   July 21, 2025

                    */s/Daniel Szalkiewicz, Esq.*
                    Daniel S. Szalkiewicz