IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>            Plaintiff,<br><br>v.<br><br>AUDREY BURNS,<br><br>            Defendant. | Case No. 1:25-CV-01166-JHR<br><br>**STIPULATION AND ORDER<br>SUBSTITUTING ATTORNEYS** |

The undersigned hereby stipulate and consent to the substitution of the law firm Lewis & Lin LLC, by and through its attorney, David D. Lin, as attorney of record for Plaintiff James Lidestri in the above-captioned Action in place and instead of the law firm of Brill Legal Group, P.C., and its attorney, Peter E. Brill.

Dated: December 29, 2025

*/s/ Peter E. Brill*
Peter E. Brill (PB0818)
BRILL LEGAL GROUP, P.C.
176 Lexington Ave, Suite O
New York, NY 10016
(212) 233-4141
pbrill@brill-legal.com

*Outgoing Counsel for Plaintiff*

David D. Lin (DL-3666)
LEWIS & LIN LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
Tel: (718) 243-9323
David@iLawco.com

*Incoming Counsel for Plaintiff*

James Lidestri, Plaintiff

**SO ORDERED:**

_____
Jennifer H. Reardon, U.S.D.J.