IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES LIDESTRI,<br><br>    Plaintiff,<br><br>v.<br><br>AUDREY BURNS,<br><br>    Defendant. | Case No. 1:25-CV-01166-JHR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Lidestri, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice. Defendant has not filed an answer or moved for summary judgment in this action.

Dated: December 29, 2025
    Brooklyn, NY

                LEWIS & LIN LLC

                */s/ David D. Lin*
                David D. Lin, Esq.
                77 Sands Street, 6th Floor
                Brooklyn, New York, 11201
                Tel: (718) 243-9323
                Fax (718) 243-9326
                David@iLawco.com
                *Attorneys for Plaintiff*